UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LOGAN,

    Plaintiff,

v.

                                    Case No. 1:24-cv-327

COREWELL HEALTH, et al.,                    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  June 21, 2024                                        /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge